IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NANCY A. GREENLEY,**

**Plaintiff,**

**v.**

**U.S. SPECIALTY INSURANCE COMPANY,**

**Defendant.**                                                  No. 07-cv-0085-DRH

## ORDER

**HERNDON, District Judge:**

Pending before the Court is Tammy Baker, Mark L. Greenley, Wendy E. Ledendecker and Christopher V. Greenley's motion to intervene (Doc. 12). Said motion is **GRANTED**. The Court **ALLOWS** Tammy Baker, Mark L. Greenley, Wendy E. Ledendecker and Christopher V. Greenley to intervene and to file their complaint instanter.

**IT IS SO ORDERED.**

Signed this 9th day of April, 2007.

/s/      David R Herndon
**United States District Judge**