### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NANCY A. GREENLEY,**

**Plaintiff,**

**v.**

**U.S. SPECIALTY INSURANCE COMPANY,**

**Defendant.**                                                  No. 07-cv-0085-DRH

### ORDER

**HERNDON, District Judge:**

Now before the Court is intervening Plaintiffs Tammy Baker, Mark L. Greenley, Wendy E. Ledendecker and Christopher V. Greenley's stipulation of dismissal (Doc. 46). Specifically, the intervening Plaintiffs stipulate to the dismissal without prejudice of their complaint against U.S. Speciality Insurance Company. Based on the stipulation, the Court **DISMISSES without prejudice** the intervenors' complaint.

**IT IS SO ORDERED.**

Signed this 22nd day of August, 2007.

/s/      DavidRHerndon
**United States District Judge**