IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NANCY A. GREENLEY,**

**Plaintiff,**

v.

**U.S. SPECIALTY INSURANCE COMPANY,**

**Defendant.**                                                    No. 07-cv-0085-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant's motion for leave to file dispostive motions past the scheduling order deadline (Doc. 59). Said motion is **GRANTED**. The Court **ALLOWS** the parties leave to file dispositve motions fifteen days after the Court rules on Defendant's motion to exclude certain testimony by Plaintiff's expert witness pursuant to Daubert (Doc. 28).

**IT IS SO ORDERED.**

Signed this 19th day of October, 2007.

/s/     DavidRHerndon
**Chief Judge**
**United States District Court**