IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NANCY A. GREENLEY,

Plaintiff,

v.

U.S. SPECIALTY INSURANCE
COMPANY,

Defendant.  No. 07-cv-0085-DRH

## ORDER

**HERNDON, Chief Judge:**

On December 21, 2007, the parties filed a stipulation for dismissal with prejudice and for each party to bear their own costs (Doc. 68). The Court **ACKNOWLEDGES** the stipulation and **DISMISSES with prejudice** this cause of action. Further, the Court **ORDERS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 21st day of December, 2007.

/s/     David R Herndon
**Chief Judge**
**United States District Court**