**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**NANCY A. GREENLEY,**

    **Plaintiff,**

vs.                                                            **Cause No. 07-CV-85 DRH**

**U.S. SPECIALITY INSURANCE
COMPANY,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.-----------------------------------------------------------------------------

                                                                                   **NORBERT G. JAWORSKI, CLERK**

December 21, 2007                                       By:   s/Patricia Brown
                                                                                 Deputy Clerk

APPROVED: /s/    *David R Herndon*
                        **CHIEF JUDGE
                        U.S. DISTRICT COURT**